FILED

AUG 0 6 2009

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>     v. <br> RALPH ANDA, <br>     Defendant. | Cr. No. 91-0138GT <br><br> **ORDER** |

On December 8, 2008, Defendant, Ralph Anda ("Mr. Anda"), filed a Motion to Terminate Supervised Release. The Court has fully considered this matter, including a review of Mr. Anda's brief, the case file, his record on supervised release, and his Probation Officer's support of his early termination. Accordingly,

**IT IS ORDERED** that Mr. Anda's Motion is **GRANTED** and his supervised release is terminated..

**IT IS SO ORDERED.**

August 6, 2009
date

_____
GORDON THOMPSON, JR.
United States District Judge

cc: All counsel and parties without counsel